William C. SCHWARZ, et al., Appellants,

v.

ST. LOUIS COUNTY, Missouri, et al., Respondents.

No. 73988.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 3, 1998.

Corey M. Lavinsky, St. Louis, for appellants.

John A. Ross, Clayton, for respondents.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

## ORDER

PER CURIAM.

Plaintiffs William Schwarz and others ("Plaintiffs") appeal from a summary judgment in favor of defendant St. Louis County ("the County") in a quiet title action. Schwarz argues the trial court erred in allowing the County to retain title because the County had not complied with the terms of the deed. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

■

S.P. DOE, Plaintiff/Appellant,

v.

Justin RIGALI, in his representative capacity as Archbishop of the Roman Catholic Archdiocese of St. Louis, an unincorporated association, and Father Bruce Forman, Defendants/Respondents.

No. 73754.

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 3, 1998.

Before SIMON, P.J., and CRANE and LAWRENCE E. MOONEY, JJ.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).